## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Johnson, Elliott H | § | Case No.  06 B 05700 |
| | Johnson, Hope H | § | |
| | Debtors | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 05/18/2006.

   2)   The plan was confirmed on 08/17/2006.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 11/19/2009.

   5)   The case was dismissed on 12/03/2009.

   6)   Number of months from filing or conversion to last payment: 42.

   7)   Number of months case was pending: 44.

   8)   Total value of assets abandoned by court order: (NA).

   9)   Total value of assets exempted: $37,189.00.

   10)   Amount of unsecured claims discharged without full payment: $0.

   11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $60,090.00 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $60,090.00

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,459.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $3,492.65 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,951.65

Attorney fees paid and disclosed by debtor    $541.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $40,000.00 | $52,553.56 | $52,553.56 | $36,094.39 | $0 |
| Capital One Auto Finance | Secured | $14,186.00 | $13,603.35 | $13,603.35 | $13,287.08 | $0 |
| Chase Home Finance | Secured | $3,000.00 | $0 | $0 | $0 | $0 |
| Chase Home Finance | Secured | $99,576.00 | $100,689.85 | $100,689.85 | $0 | $0 |
| Chrysler Financial Services Americas | Secured | $9,232.00 | $8,899.56 | $8,899.56 | $2,756.88 | $0 |
| GMAC Mortgage Corporation | Secured | $20,889.00 | $25,319.84 | $25,319.84 | $0 | $0 |
| GMAC Mortgage Corporation | Secured | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $0 |
| Internal Revenue Service | Secured | NA | $36,440.40 | $36,440.40 | $0 | $0 |
| American Express Travel Relate | Unsecured | $1,304.00 | $19,304.84 | $19,304.84 | $0 | $0 |
| American Express Travel Relate | Unsecured | $12.00 | $12.00 | $12.00 | $0 | $0 |
| American General Finance | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Amex | Unsecured | $10.00 | NA | NA | $0 | $0 |
| Amex | Unsecured | $3.00 | NA | NA | $0 | $0 |
| Amex | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Amex | Unsecured | $0 | NA | NA | $0 | $0 |
| Bally Health & Tennis Club | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Bally Total Fitness | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Banco Popular NA | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Bank Of New York | Unsecured | $0 | NA | NA | $0 | $0 |
| Bank One | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Blatt Hasenmiller Leibsker & Moore | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $1,830.00 | $1,897.42 | $1,897.42 | $0 | $0 |
| Capital One | Unsecured | $163.00 | $163.19 | $163.19 | $0 | $0 |
| Capital One | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Capital Recovery Systems | Unsecured | NA | $568.45 | $568.45 | $0 | $0 |
| Carson Pirie Scott & Co | Unsecured | $0 | NA | NA | $0 | $0 |
| CB USA Sears | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $10.00 | NA | NA | $0 | $0 |
| Chase Financial Corp | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Chrysler Financial Services Americas | Unsecured | $110.00 | NA | NA | $0 | $0 |
| Chrysler Financial Services Americas | Unsecured | $0 | NA | NA | $0 | $0 |
| Citgo Petroleum Corp | Unsecured | $12.00 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $10.00 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $1,225.00 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | NA | $2,751.54 | $2,751.54 | $0 | $0 |
| Discover Financial Services | Unsecured | NA | $1,252.94 | $1,252.94 | $0 | $0 |
| Discover Financial Services | Unsecured | $2,653.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $1,622.00 | $1,538.67 | $1,538.67 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $1,659.00 | $1,599.98 | $1,599.98 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $393.00 | $461.86 | $461.86 | $0 | $0 |
| ECast Settlement Corp | Unsecured | NA | $9,324.10 | $9,324.10 | $0 | $0 |
| ER Solutions | Unsecured | $1,089.00 | NA | NA | $0 | $0 |
| FCNB Master Trust | Unsecured | $3,715.00 | NA | NA | $0 | $0 |
| FCNb N News | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | NA | $1,617.16 | $1,617.16 | $0 | $0 |
| Fifth Third Bank | Unsecured | $3,300.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $1,427.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| First Consumers National Bank | Unsecured | $660.00 | NA | NA | $0 | $0 |
| First National Bank | Unsecured | $2,715.00 | NA | NA | $0 | $0 |
| First National Bank of Omaha | Unsecured | NA | $5,715.20 | $5,715.20 | $0 | $0 |
| First Premier | Unsecured | $571.00 | NA | NA | $0 | $0 |
| First USA | Unsecured | $40.00 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $502.00 | NA | NA | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | $30.00 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $30.00 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $2,536.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $81.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $2,428.75 | $2,428.75 | $0 | $0 |
| JC Penney Corporation Inc | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Marshall Field & Company | Unsecured | $1,999.00 | NA | NA | $0 | $0 |
| Mechants & Professional Credit Bure | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Metro Call | Unsecured | $72.00 | $73.54 | $73.54 | $0 | $0 |
| Monogram Bank | Unsecured | $3,324.00 | NA | NA | $0 | $0 |
| Montgomery Ward & Co Inc | Unsecured | $550.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $297.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | $2,378.00 | $2,352.13 | $2,352.13 | $0 | $0 |
| National Capital Management | Unsecured | $1,932.00 | $9,831.08 | $9,831.08 | $0 | $0 |
| National City Bank | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $377.00 | $457.21 | $457.21 | $0 | $0 |
| Palisades Collection LLC | Unsecured | $428.00 | NA | NA | $0 | $0 |
| Phillips Flowers | Unsecured | $260.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,550.00 | $1,225.02 | $1,225.02 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $2,342.00 | $2,516.77 | $2,516.77 | $0 | $0 |
| Resurgent Capital Services | Unsecured | $3,411.00 | $3,470.98 | $3,470.98 | $0 | $0 |
| Resurgent Capital Services | Unsecured | $1,695.00 | $14,989.84 | $14,989.84 | $0 | $0 |
| Rnb Fields3 | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Rnb Fields3 | Unsecured | $50.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $523.00 | $209.38 | $209.38 | $0 | $0 |
| United States Dept Of Education | Unsecured | $10,000.00 | $20,350.70 | $20,350.70 | $0 | $0 |
| University of Chicago | Unsecured | $331.00 | NA | NA | $0 | $0 |
| Vanguard | Unsecured | $4,576.00 | NA | NA | $0 | $0 |
| World Financial Network Nat'l | Unsecured | $10.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $126,009.69 | $0 | $0 |
| Mortgage Arrearage | $2,000.00 | $2,000.00 | $0 |
| Debt Secured by Vehicle | $22,502.91 | $16,043.96 | $0 |
| All Other Secured | $36,440.40 | $0 | $0 |
| **TOTAL SECURED:** | $186,953.00 | $18,043.96 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $52,553.56 | $36,094.39 | $0 |
| **TOTAL PRIORITY:** | $52,553.56 | $36,094.39 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $104,112.75 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,951.65 |
| Disbursements to Creditors | $54,138.35 |
| **TOTAL DISBURSEMENTS:** | $60,090.00 |

UST Form 101-13-FR-S (09/01/2009)

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date: January 19, 2010          By:  /s/ MARILYN O. MARSHALL
                                                                    Trustee


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)